# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | |
|---|---|
| ANGELA BENAVIDES | ) Case No. 3:20cv02678 |
| | ) |
| Plaintiff, | ) |
| | ) JUDGE JEFFERY HELMICK |
| v. | ) |
| | ) **STIPULATED DISMISSAL OF** |
| | ) **TITLE VII CLAIMS WITH PREJUDICE** |
| BLUE LINE BUSINESS, LLC | ) **AND STATE LAW CLAIMS WITHOUT** |
| | ) **PREJUDICE** |
| Defendant. | ) |
| | ) |

By stipulation of the undersigned counsel, it is hereby agreed that this action be dismissed in its entirety pursuant to Civ R. 41(a)(1)(A)(ii) as follows:

- All claims brought under Title VII, to include federal claims for sexual harassment; gender discrimination, and retaliation, are each dismissed with prejudice.

- All other claims are dismissed without prejudice.

Dated this 2 day of March, 2022

Respectfully,

*/s/ Chris P. Wido*
Chris P. Wido (0090441)
THE SPITZ LAW FIRM, LLC
25825 Science Park Drive, Suite 200
Beachwood, Ohio, 44122
Phone: (216) 291-4744
Fax: (216) 291-5744
Email: chris.wido@spitzlawfirm.com

*Attorney For Plaintiff Angela Benavides*

Stewart W. Jones (0041225)
Jones & Solomon
One Maritime Plaza, Sixth Floor
Toledo, Ohio, 43604
Phone: (419) 246-2022
Fax: (419) 243-8953
Email: jsattorneyslaw@gmail.com

*Attorney for Defendants*

So Ordered.

s/ Jeffrey J. Helmick
United States District Judge